# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                     CASE NO. 4:16mc16-RH/CAS

ARIEL QUIROS,
WILLIAM STENGER et al.,

    Defendants, and

JAY CONSTRUCTION
MANAGEMENT, INC. et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The case is dismissed without

prejudice." The clerk must close the file.

SO ORDERED on August 18, 2017.

s/Robert L. Hinkle
United States District Judge
